MHN

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Eyad Abunaim

**08CV2649**
**JUDGE ANDERSEN**
**MAG. JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eyad Abunaim

FILED
5-8-2008
MAY - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Reem H. Odeh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Reem H. Odeh | |
| FIRM Brodsky & Odeh | |
| STREET ADDRESS 8 S. Michigan Ave., Suite 3200 | |
| CITY/STATE/ZIP Chicago, IL. 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6279336 | TELEPHONE NUMBER 312-701-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |