# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | | |
|---|---|---|
| EYAD ABUNAIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2649 |
| | ) | |
| v. | ) | Judge Andersen |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| AS THE DIRECTOR OF | ) | |
| THE DEPARTMENT OF HOMELAND | ) | |
| SECURITY, ROBERT S. MUELLER, III | ) | |
| AS THE DIRECTOR OF FEDERAL | ) | |
| BUREAU OF INVESTIGATIONS | ) | |
| | ) | |
| Defendants. | ) | |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

                                          Respectfully submitted,
                                          PATRICK J. FITZGERALD
                                          United States Attorney

                                          By: s/ Eric S. Pruitt
                                          ERIC S. PRUITT
                                          Assistant United States Attorney
                                          219 South Dearborn Street
                                          Chicago, Illinois 60604
                                          (312) 353-5496
                                          Eric.Pruitt@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**ATTORNEY DESIGNATION**

was served on June 13, 2008 on counsel of record pursuant to the district court's ECF system.

                                              s/ Eric S. Pruitt
                                              ERIC S. PRUITT
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 353-5496
                                              Eric.Pruitt@usdoj.gov