## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Eyad Abunaim

                Plaintiff,

v.                                    Case No.: 1:08−cv−02649
                                        Honorable Wayne R. Andersen

Michael Chertoff, et al.

                Defendant.

### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Susan E. Cox for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: August 12, 2008

                                                                           /s/ Wayne R. Andersen

                                                                     United States District Judge